UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

                                                            Chapter 7

JAMES FRITZ
JENNIFER FRITZ

                                                            Case No.  16-11220-1-REL

                      Debtor.

-----------------------------------------------------------------X

### NOTICE OF TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. 521 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4002

      **PLEASE TAKE NOTICE**, that Christian H. Dribusch, chapter 7 trustee to the above captioned debtor (the "*Debtor*"), will move this Court at the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Albany, NY 12207 on the 16th day of November, 2016 at 9:15 a.m., or as soon thereafter as Counsel can be heard (the "*Hearing*"), for an Order pursuant to § 521 of Title 11 of the United States Code ("*Bankruptcy Code*") and Federal Rule of Bankruptcy Procedure Rule 4002 for an Order directing the Debtor to cooperate with the Trustee in performing his duties pursuant to § 704 of the Bankruptcy Code.

      **PLEASE TAKE FURTHER NOTICE**, that if you do not want the Court to grant the relief requested or if you want the Court to consider your position on the motion, then on or before November 9, 2016, you or your attorney must file a written response with the Court at: Bankruptcy Clerk, United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Albany, NY 12207

      **PLEASE TAKE FURTHER NOTICE**, that if you oppose the motion and you submit papers in opposition to the motion, then you must attend the Hearing scheduled for November 16, 2016 at 9:15 a.m. at the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Albany, NY 12207.

      **PLEASE TAKE FURTHER NOTICE**, that if you or your attorney do not take these necessary steps, the Court may decide that you do not oppose the relief sought and may enter an Order granting such relief or such other relief as the Court may deem just and proper.
Dated:  October 14, 2016

                                                      */s/ Christian H. Dribusch*
                                                      Christian H. Dribusch
                                                      1001 Glaz Street
                                                      East Greenbush, New York 12061
                                                      [T] 518.729.4331
                                                      cdribusch@chdlaw.net